NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>Alfonso Gutierrez-Soto,<br><br>    Defendant/Movant. | No. CV-17-00485-PHX-SRB<br>CR-16-00056-PHX-SRB<br>**ORDER** |

Movant, Alfonso Gutierrez-Soto, filed his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on February 13, 2017. The United States filed its response in opposition on May 30, 2017. Movant filed his reply on June 12, 2017.

The Magistrate Judge filed his Report and Recommendation on October 3, 2017 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied. In his Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court.

IT IS FURTHER ORDERED denying Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255.

IT IS FURTHER ORDERED denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

Dated this 2nd day of November, 2017.

Susan R. Bolton
United States District Judge